IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DURK MURDOCK,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | **ORDER CLOSING CASE**<br><br>Case No. 1:19-cv-00055-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

In view of the court's Oral Ruling Granting Defendant's Motion for Summary Judgment,[1] the Clerk of Court is directed to close this case.

SO ORDERED this 30th day of September 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 39.