IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DURK MURDOCK,<br><br>  Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>  Defendant. | **JUDGMENT**<br><br>Case No. 1:19-cv-00055-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Union Pacific Railroad Company.

SO ORDERED this 30th day of September 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge